

# OFFICE OF
# THE ATTORNEY GENERAL
## AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

Honorable K. Bayne Satterfield
Firemen's Pension Commissioner
P. O. Box 1062
Austin, Texas

Dear Mr. Satterfield:        Opinion No. V-85

Re: Should a fireman who is
receiving a salary, and
also benefiting under
the "GI Bill" pay the
required per centum to
participate in the Fire-
men's Relief and Retire-
ment Fund, on basis of
total amounts received
on city salary alone

You request the opinion of this department
upon the following situation:

"We have a fireman who has been em-
ployed as a fireman by one of our Cities
under the G. I. Training. The City pays
him a salary of Ninety ($90.00) Dollars
per month and the Government pays him
Seventy ($70.00) Dollars per month. The
question is:

"Should he pay into the fund on the
basis of Ninety ($90.00) Dollars per
month salary or on the basis of his City
salary plus the Government salary total-
ing One Hundred Sixty ($160.00) Dollars
per month?

Section 10 of Article 6243e Vernon's Anno-
tated Civil Statutes, the Act of the 45th Legislature,
1937, provides as follows:

"Within sixty (60) days after this Act
takes effect each fully paid fireman and
each part paid fireman whose salary or com-
pensation is Fifty Dollars ($50) or more
per month and each part paid fireman whose
salary or compensation is less than Fifty
Dollars ($50) per month and each active
volunteer fireman in the employ of any such
city or town or enrolled in the fire depart-
ment of any such city or town, who desires
himself or his beneficiaries, as hereinafter
named, to participate in such Fund or the
benefits therefrom as by this Act provided,
shall file with the Secretary-Treasurer of
the Board of Firemen's Relief and Retirement
Fund Trustees of that city or town a statement
in writing under oath that he desires to
participate in the benefits from such
Fund, giving the name and relationship of
his then actual dependents and shall therein
authorize said city or town or the governing
body thereof to deduct not less than one per
centum nor more than three (3) per centum,
the exact amount thereof to be determined by
the vote of the fire department of which such
person is a member, from his salary or compen-
sation if a wholly paid or part paid fireman
whose salary or compensation is more than
Fifty Dollars ($50) per month, but if a part
paid fireman whose salary is less than Fifty
Dollars ($50) per month, or if a volunteer
fireman, the statement shall include a
promise and an obligation to pay to said
Board of Trustees not less than Three Dollars
($3) nor more than Five Dollars ($5) per an-
num to be paid semi-annually, the exact amount
thereof to be likewise determined by vote of
the fire department of which such person is a
member. Such money so deducted from salaries
or compensation or agreed to be paid to become
and form a part of the Fund herein designated
and established as Firemen's Relief and Retire-
ment Fund of that city or town. Failure or re-
fusal to make and file the statement herein
provided, or failure or refusal to allow deduc-
tion from salary or to pay the amount herein
specified as herein provided on the part of any

member shall forfeit his right to participate in any of the benefits from said Firemen's Relief and Retirement Fund. If any such member shall elect not to participate in such Fund, he shall not be liable for any salary deduction nor to pay as herein provided."

It is apparent from a reading of this section of the Act that participants who desire shall" . . . authorize said city or town or the governing body thereof to deduct not less than one per centum nor more than three (3) per centum . . . from his salary or compensation . . ."

In electing to participate in the "Firemen's Fund," this fireman was, in our opinion, only obligating for deduction "his salary or compensation" paid for his services and not any part of the "Benefit" that he received because of his veteran's status. The Statute is clear, in naming, "salary or compensation" as the money from which the required per centum deduction shall be made.

### SUMMARY

Under Section 10, Article 6243e, V.C.S., a fireman, upon his election, may be required to pay a per centum of his "salary" for the "Firemen's Relief Pension Fund," but not a per centum of "benefits" derived from the Veteran's Administration G. I. training program. Such benefits are not salary or compensation within the meaning of this statute.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/
Charles P. Atkinson
Assistant

CPA/egt/lh

Approved: March 17, 1947
/s/ Price Daniel
Attorney General of Texas